AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Kozinski, Alex | Ninth Circuit Court of Appeals | 03/20/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge - Active | ☐ Nomination    Date <br> ☐ Initial    ☐ Annual    ☑ Final <br> 5b. ☐   Amended Report | 01/01/2017 <br> to <br> 12/18/2017 |

**7. Chambers or Office Address**

125 S. Grand Avenue
Suite 200
Pasadena, CA 91105

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kozinski, Alex | 03/20/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 10/23-26 | George Mason Univ. Foundation, Inc.- Teaching | $5,000.00 |
| 2. 9/1-12/31 | NYU School of Law-Teaching | $10,000.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | Self-employed attorney |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Association of American Law Schools | 1/5-7 | San Francisco, CA | Speaking | Travel & Lodging |
| 2. | Prosecutorial Abuse & Accountability Conf. | 2/2-3 | Berkeley, CA | Speaking | Travel & Lodging |
| 3. | ABA Forum on Communications Law | 2/9-10 | New Orleans, LA | Speaking | Travel & Lodging |
| 4. | Federalist Society | 3/13-15 | Miami, FL | Speaking | Travel & Lodging |
| 5. | CBS 60 Minutes | 3/26-27 | New York, NY | Interview | Travel & Lodging |
| 6. | Federalist Society | 3/27-29 | Charlottesville, VA | Speaking | Travel & Lodging |

| | | | | |
|---|---|---|---|---|
| 7. | UC Irvine School of Law | 5/12-13 | Irvine, CA | Speaking | Travel & Lodging |
| 8. | CA Bankruptcy Forum | 5/19-20 | San Diego, CA | Speaking | Travel & Lodging |
| 9. | Duke Law School | 5/25-26 | Durham, NC | Teaching | Travel & Lodging |
| 10. | Boston Univ. School of Law | 5/31-6/3 | Boston, MA | Teaching | Travel & Lodging |
| 11. | Nat'l Constitution Center | 6/6-7 | Beverly Hills, CA | Speaking | Mileage & Lodging |
| 12. | Ohio Common Pleas Judges Assn. | 6/22-23 | Cleveland, OH | Teaching | Travel & Lodging |
| 13. | UC Irvine School of Law | 7/9-10 | Irvine CA | Speaking | Travel & Lodging self & son |
| 14. | NYU School of Law | 8/29-9/8 | New York, NY | Teaching | Travel & Lodging self & spouse |
| 15. | NYU School of Law | 9/21-24 | New York, NY | Teaching | Travel & Lodging |
| 16. | NYU School of Law | 10/6-15 | New York, NY | Teaching | Travel & Lodging self & spouse |
| 17. | George Mason Unvi. Foundation, Inc. | 10/23-26 | Fairfax, VA | Teaching | Travel & Lodging |
| 18. | NYU School of Law | 11/3-8 | New York, NY | Teaching | Travel & Lodging self & spouse |
| 19. | Cardozo Law School | 11/9 | New York, NY | Teaching | Travel |
| 20. | NYU School of Law | 11/10-11 | New York, NY | Teaching | Travel & Lodging self & spouse |
| 21. | NYU School of Law | 11/21-12/2 | New York, NY | Teaching | Travel & Lodging self & spouse |
| 22. | | | | | |
| 23. | | | | | |
| 24. | | | | | |
| 25. | | | | | |
| 26. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kozinski, Alex | 03/20/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kozinski, Alex | 03/20/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. DREYFUS MUNI MONEY MARKET FUND | A | Interest | L | T | | | | | |
| 2. SCHWAB MONEY MARKET FUND | A | Interest | N | T | | | | | |
| 3. Fidelity Cash Reserves(FDRXX) | A | Interest | K | T | | | | | |
| 4. TIP | A | Dividend | K | T | | | | | |
| 5. HYG | A | Dividend | K | T | | | | | |
| 6. BND | A | Dividend | J | T | | | | | |
| 7. VWO | A | Dividend | K | T | | | | | |
| 8. VGK | A | Dividend | K | T | | | | | |
| 9. VPL | A | Dividend | K | T | | | | | |
| 10. VNQ | A | Dividend | J | T | | | | | |
| 11. VB | A | Dividend | J | T | | | | | |
| 12. SPDR | A | Dividend | J | T | | | | | |
| 13. (PTR) HISTORIC PRE. PROP. | A | Interest | J | U | | | | | |
| 14. (PTR) WINGATE HSG. II | A | Interest | J | U | | | | | |
| 15. Malaga Bank Premier Market | A | Interest | N | T | | | | | |
| 16. Chase Bank-Chase Plus Savings & Checking | A | Interest | K | T | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kozinski, Alex | 03/20/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Kozinski, Alex | 03/20/2018 |

## IX. CERTIFICATION.

   I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

   I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Alex Kozinski**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544